**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**COLLIN L. WELCH,**<br><br>       **Defendant.** | **Case No.**<br><br>**VIOLATIONS:**<br>**8 U.S.C. § 1324(a)(1)(A)(iv) (Unlawful Inducement)**<br>**18 U.S.C. § 641 (Theft)**<br><br>**FORFEITURE:**<br>**18 U.S.C. § 981(a)(1)(C); 21 U.S.C. § 853(p);**<br>**28 U.S.C. § 2461(c)** |

**INFORMATION**

The United States of America charges that:

**BACKGROUND**

At all times material to this Information:

1.      The Defendant, COLLIN L. WELCH ("WELCH"), a Major in the District of Columbia National Guard, resided in the District of Columbia and Virginia, and was married to INDIVIDUAL 1.

2.      INDIVIDUAL 1 is a U.S. citizen, and WELCH's spouse, who resided in Virginia.

3.      INDIVIDUAL 2 is a Mongolian national who resided in Mongolia and illegally resided in Virginia after overstaying a legal visa.

4.      INDIVIDUAL 3 is the minor child of INDIVIDUAL 2, who resided in Mongolia and illegally resided in Virginia after overstaying a legal visa.

5.      WELCH was in a romantic relationship with INDIVIDUAL 2, and at various times resided with INDIVIDUAL 2 and INDIVIDUAL 3 in Mongolia and in Virginia.

## COUNT ONE
**(Unlawful Inducement)**

6.      The allegations contained in paragraphs 1 through 5 are realleged and incorporated as if fully set forth in this paragraph.

7.      From in or about June 2021 and continuing through in or about March 2026, in the District of Columbia and elsewhere, the Defendant WELCH did, knowingly and intentionally, by means of false and fraudulent pretenses, representations, and promises, and the use of forged immigration and Department of Defense documents, encourage and induce aliens INDIVIDUAL 2 and INDIVIDUAL 3 to enter into the United States and to reside in the United States without legal immigration status in violation of the law, with Defendant WELCH knowing that INDIVIDUAL 2 and INDIVIDUAL 3 did not have legal authority to reside in the United States, all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

## COUNT TWO
**(Theft)**

8.      The allegations contained in paragraphs 1 through 5 are realleged and incorporated as if fully set forth in this paragraph.

9.      Between in or about May 2022 and in or about November 2024, in the District of Columbia and elsewhere, the Defendant WELCH did, willfully and knowingly embezzle, steal, purloin and convert to his use money of the United States, the value of which in the aggregate did exceed the sum of $1000, all in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION

10.      The allegations set forth in Count 2 are incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

11. Upon conviction of the offense alleged in Count 2 of this Information, defendant WELCH shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), any property, real or personal, which constitutes or is derived, directly and indirectly, from gross proceeds traceable to the commission of such offense. The United States will also seek a forfeiture money judgment against the defendant in the amount of $54,000.

12. If any of the property described above as being subject to forfeiture, as a result of of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without

difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


By: _____
S. BABU KAZA (DC 1033670)
Assistant United States Attorney
Fraud, Public Corruption, & Civil Rights Section
U.S. Attorney's Office for Washington D.C.
601 D Street N.W.
Washington, D.C. 20530
(202) 803-1652
Sridhar.Babu.Kaza@usdoj.gov

3